UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JOHN JOSEPH SHULICK, | Case No. 1:07-cv-1286 |
| Petitioner, | HONORABLE PAUL L. MALONEY |
| v. | Magistrate Judge Ellen S. Carmody |
| MARY BERGHUIS, | |
| Respondent. | |

## JUDGMENT

Final judgment is hereby entered in favor of respondent Berghuis and against petitioner Shulick.

**IT IS SO ORDERED this 22nd day of October 2010.**

/s/ Paul L. Maloney
Honorable Paul L. Maloney
Chief United States District Judge